IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| RPM DYNAMICS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No: 6:24-cv-00016 |
| | § | |
| BLACK DIAMOND ENDEAVORS, LLC, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

COMES NOW, Plaintiff RPM Dynamics, Inc. ("RPM" and/or "Plaintiff") to file its Original Complaint against Black Diamond Endeavors, LLC ("BDE" and/or "Defendant") and, in support of same, would respectfully show the Court as follows:

### I.
### PARTIES

1. Plaintiff RPM is an Arizona corporation with a principal place of business at 4215 E McDowell Rd, Ste 201, Mesa, AZ 85215. RPM is registered to do business in Texas with the Texas Secretary of State.

2. Defendant BDE is a Texas limited liability company. It may be served with process by serving its registered agent: Michael L. Nix, 4774 N. Chadbourne St., San Angelo, TX 76908. Upon information and belief, all members of the Defendant are citizens of the State of Texas and/or not citizens of the State of Arizona.

### II.
### JURISDICTION AND VENUE

3. Jurisdiction is proper in this Court because (a) there is diversity of citizenship between the parties both at the time the cause of action accrued and at the time of the filing of this

lawsuit, and (b) the amount of controversy exceeds seventy-five thousand dollars ($75,000).

4. Venue is proper in the Northern District of Texas/San Angelo Division because the events/acts forming the basis of Plaintiff's claims occurred in Tom Green County, Texas and Defendant is located in San Angelo, Texas.

## III.
## FACTUAL BACKGROUND

5. RPM conducts mining operations in West Texas that supply fracking sand and other mined material to the oil and gas industry.

6. BDE entered into agreements with RPM wherein RPM agreed to conduct mining operations on property owned or leased by BDE pursuant to agreed to terms, pricing and conditions for payment of the mining services/operations provided.

7. BDE used the fracking sand and other materials mined by RPM and provided to BDE pursuant to those agreements (the "Mined Products") in BDE's oil and gas business ventures.

8. RPM fulfilled its duties/obligations under those agreements and provided the services/operations and Mined Products to BDE.

9. Unfortunately, BDE has failed to pay RPM for the services/product provided. While some minimal payments have been made to RPM by BDE, the amount still owed by BDE to RPM exceeds $3.7 Million.

## IV.
## CAUSES OF ACTION

**A.**   **Breach of Contract**

10. Paragraphs 5 through 9 above are incorporated herein by reference.

11. BDE and RPM entered into agreements (the "RPM Contracts") wherein BDE agreed to pay RPM for Mined Products/services provided to BDE by RPM.

12. RPM provided the Mined Products/services to BDE pursuant to the RPM Contracts.

13. BDE has failed to pay RPM pursuant to the RPM Contracts in an amount that exceeds $3.7 million.

14. All conditions precedent to bring this breach of contract claim have been met/occurred.

15. Pursuant to Tex. Civ. Prac. & Rem. Code Chapter 38, RPM is also entitled to the recovery of its reasonable attorney's fees and expenses incurred in pursuing this breach of contract claim.

B.  **Unjust Enrichment**

16. Paragraphs 5 through 9 above are incorporated by reference.

17. RPM expended considerable effort, resources and expenses (including, without limitation, equipment purchases/use, transportation costs, employee salaries, etc.) to provide the Mined Products/services to BDE.

18. BDE benefited from those efforts and RPM expected to be paid for those efforts.

19. As a result, RPM is entitled to recover just compensation from BDE for its labor/material costs/expenses under a cause of action for Unjust Enrichment.

C.  **Promissory Estoppel**

20. Paragraphs 5 through 9 above are incorporated by reference.

21. BDE explicitly and implicitly agreed/promised to pay/reimburse RPM for the Mined Products/services provided to BDE by RPM.

22. It was foreseeable by BDE that RPM would rely on BDE's promises to pay/reimburse RPM for the Mined Products/services provided to BDE by RPM.

23. RPM reasonably relied on BDE's promises to pay/reimburse RPM to RPM's detriment.

24. Injustice can be avoided only by enforcement of BDE's promises to RPM.

25. As a result, RPM is entitled to recover just compensation from BDE for its labor/material costs/expenses under a cause of action for Promissory Estoppel.

**D.    Quantum Meruit**

26. Paragraphs 5 through 9 above are incorporated by reference.

27. RPM provided valuable services and material to BDE.

28. BDE readily accepted and benefited from those services and material with the clear understanding that RPM expected to be fully compensated for providing those services and material.

29. As a result, RPM is entitled to recover from BDE just compensation due for the services and material provided under Quantum Meruit.

## V.
## ATTORNEY'S FEES

30. Paragraphs 5 through 9 above are incorporated herein by reference.

31. RPM has found it necessary to retain the undersigned attorneys to pursue its claims outlined above. Pursuant to Chapters 37 and 38 of the TEX. CIV. PRAC. & REM. CODE, RPM is entitled to recover from BDE all reasonable and necessary attorneys' fees and expenses incurred in the prosecution of this action, as well as a conditional award of fees to be incurred with respect to any and all appeals to other courts.

## VI.
## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, RPM respectfully prays that the Court award it damages in an amount determined by the trier of fact on its breach of contract, unjust enrichment, promissory estoppel, and quantum meruit claims against BDE and award RPM its costs and reasonable and necessary attorney's fees incurred in pursuing the above causes of action and for all such other relief to which it may be justly entitled.

Respectfully submitted,

**BLACKWELL, BLACKBURN, HERRING & SINGER, LLP**

*/s/ Walter A. Herring*
Walter A. Herring
Texas Bar No. 09535300
7557 Rambler Road, Suite 1450
Dallas, Texas 75231
Telephone: (214) 442-9602
Facsimile: (214) 442-9621
Email: wherring@bbhsllp.com

**ATTORNEY FOR PLAINTIFF**