UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

RPM DYNAMICS, INC.,

    Plaintiff,

v.

BLACK DIAMOND ENDEAVORS, LLC,

    Defendant.

No. 6:24-CV-016-H

### ORDER OF DISMISSAL

Before the Court is the parties' Agreed Motion to Dismiss Without Prejudice. Dkt. No. 25. The Court construes the agreed motion as a joint stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The joint motion is granted. It is ordered that the plaintiff's claims against the defendant and the defendant's counterclaims against the plaintiff are dismissed without prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on April 8, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE